LYMAN CARY, APPELLEE, v. KEARNEY NATIONAL BANK ET AL., IMPLEADED WITH WALLACE A. DOWNING ET AL., APPELLANTS.

FILED OCTOBER 18, 1899.   No. 8,958.

1. **Appeal to Supreme Court.** The right of appeal to this court is limited by statute to actions in equity.

2. **Proceeding in Error: ACTION AT LAW.** This court has no jurisdiction of an action, purely legal in its nature, in which no petition in error has been seasonably filed.

APPEAL from the district court of Buffalo county. Heard below before GREENE, J. *Appeal dismissed.*

*F. G. Hamer*, for appellants.

*W. D. Oldham* and *Fred A. Nye, contra.*

SULLIVAN, J.

Lyman Cary, as treasurer of Buffalo county, recovered a judgment against the Kearney National Bank and

others in an action based upon an alleged breach of the
conditions of a depository bond. Two of the defendants,
Downing and Allen, bring the record here for review.
The action was purely legal in its nature, but no peti-
tion in error was seasonably filed, and no summons in
error has ever been issued. The cause was docketed in
this court as an appeal. The right of appeal is confined
by the statute to actions in equity, and does not extend
to actions at law. Under repeated decisions of this
court, we are constrained to hold that we have no juris-
diction of the cause, and therefore direct that the pro-
ceeding be

DISMISSED.